IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIDDLETON, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 09-930 |
| | : | |
| ACADEMY COLLECTION SERVICES, INC., | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this 22nd day of June, 2009, it having been reported that the issues between the parties in the above action have been settled and pursuant to Local Rule of Civil Procedure 41.1(b), it is hereby **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**BY THE COURT:**

/S/ Mitchell S. Goldberg

_____

**MITCHELL S. GOLDBERG, J.**